UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:22-cv-00191

**James Ralph Odom,**
*Plaintiff,*

v.

**Officer Beltrain et al.**
*Defendants.*

# ORDER

Plaintiff James Ralph Odom, formerly confined within the Gregg County Jail proceeding pro se and *in forma pauperis*, filed this lawsuit pursuant to 42 U.S.C. § 1983. The case was referred to United States Magistrate Judge John D. Love.

On September 12, 2022, the magistrate judge issued a report recommending that plaintiff's lawsuit be dismissed, without prejudice, for plaintiff's failure to comply with an order of the court and the failure to prosecute. Doc. 10. A copy of this report was sent to plaintiff at his last-known address. To date, however, plaintiff has not filed objections.

When there have been no timely objections to a magistrate judge's report and recommendation, the court reviews it only for clear error. *See Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996). Having reviewed the magistrate judge's report, and being satisfied that it contains no clear error, the court accepts its findings and recommendation.

Plaintiff's lawsuit is dismissed, without prejudice, for plaintiff's failure to comply with an order of the court and to prosecute his case. All motions pending in this civil action are denied.

- 2 -

*So ordered by the court on November 7, 2022.*

J. CAMPBELL BARKER
United States District Judge